IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIEL C. FLINT et.al., | : |
| Plaintiff, | : No. 3:19-cv-00189-FDW-DCK |
| v. | : |
| ALLY FINANCIAL INC., et.al., | : |
| Defendants. | : |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff and Defendant Ally Financial Inc. ("Ally") agree and stipulate that Ally shall have an additional period of time of thirty (30) days, through and including July 3, 2019, within which to file its responsive pleading to Plaintiff's Complaint.

No prior extension has been requested or granted.

May 28, 2018

/s/Daniel C. Flint
Daniel C. Flint
Bar ID 50000
LAW OFFICES OF DANIEL C. FLINT, P.C.
525 N. Tryon, Suite 1600
Charlotte, NC 28203
Tel:   (704) 904-8469

ATTORNEY FOR PLAINTIFF
DANIEL C. FLINT

May 28, 2018

/s/ Keaton C. Stoneking
Keaton C. Stoneking
Bar ID 53627
TROUTMAN SANDERS LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Tel:   (704) 998-4088

ATTORNEY FOR DEFENDANT
ALLY FINANCIAL INC.

SO ORDERED:

_____