IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

_____
DANIEL C. FLINT et.al.,                     :
                                            :  No. 3:19-cv-00189-FDW-DCK
             Plaintiff,                  :
                                            :
   v.                                       :
                                            :
ALLY FINANCIAL INC., et.al.,                :
                                            :
             Defendants.                 :
_____         :
                                            :

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Ally Financial Inc. certifies that it is a non-governmental corporate party, there is no parent corporation, and there is no publicly-held corporation owning 10% or more of its stock.

Respectfully submitted this 29th day of May, 2019.

                                                **ALLY FINANCIAL INC.**

                                                By: /s/ Keaton C. Stoneking
                                                Keaton C. Stoneking
                                                Bar ID 53627
                                                TROUTMAN SANDERS LLP
                                                301 S. College Street, 34th Floor
                                                Charlotte, NC 28202
                                                Tel:    (704) 998-4088
                                                E-mail: Keaton.stoneking@troutman.com
                                                *Counsel for Defendant Ally Financial Inc.*