# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIEL C. FLINT et.al., | : |
| Plaintiff, | : No. 3:19-cv-00189-FDW-DCK |
| v. | : |
| ALLY FINANCIAL INC., et.al., | : |
| Defendants. | : |

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
## ALLY FINANCIAL INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Ally Financial Inc. ("Ally") and Plaintiff Daniel C. Flint ("Plaintiff," collectively with Ally, the "Parties"), through counsel, hereby jointly move for an extension of time for Ally to respond to Plaintiff's Amended Class Action Complaint ("Complaint"). In support of this Joint Motion, the Parties state the following:

1. Plaintiff filed the Complaint on April 18, 2019 [Dkt. No. 3].

2. Ally was served with the Complaint on May 13, 2019. Therefore, Ally's responsive pleading is currently due June 3, 2019.

3. Ally requests additional time to respond to Plaintiff's Complaint as Ally's undersigned counsel was recently retained and continues to review the allegations in Plaintiff's Complaint.

4. Counsel for Ally conferred with Plaintiff on May 24, 2019.

5. Plaintiff consented to a thirty (30) day extension of time for Ally to file a response to Plaintiff's Complaint.

6. This is Ally's first request for an extension with respect to Plaintiff's Complaint.

7. Such extension shall not prejudice Plaintiff and will not unduly delay this litigation.

WHEREFORE, Defendant Ally Financial Inc. and Plaintiff Daniel C. Flint, respectfully request an extension of time for Ally Financial Inc. to serve its responsive pleading up to and including July 3, 2019.

Dated: May 30, 2018                                             Respectfully submitted,

/s/Daniel C. Flint                                              /s/ Keaton C. Stoneking
Daniel C. Flint                                                 Keaton C. Stoneking
Bar ID 50000                                                    Bar ID 53627
LAW OFFICES OF DANIEL C. FLINT, P.C.                            TROUTMAN SANDERS LLP
525 N. Tryon, Suite 1600                                        301 S. College Street, 34th Floor
Charlotte, NC 28203                                             Charlotte, NC 28202
Tel:   (704) 904-8469                                           Tel:   (704) 998-4088
danielcflint@yahoo.com                                          Keaton.stoneking@troutman.com
*Attorney for Plaintiff Daniel C. Flint*                        *Attorney for Defendant Ally Financial Inc.*