**MEMBERS**
**REV. MICHAEL MURRAY**
*CHAIRPERSON*
**JONATHAN E. LAUDERBACH**
*VICE-CHAIRPERSON*
**BARBARA WILLIAMS FORNEY**
*SECRETARY*
**JAMES A. FINK**
**JOHN W. INHULSEN**
**KAREN D. O'DONOGHUE**
**MICHAEL B. RIZIK, JR.**
**LINDA S. HOTCHKISS, MD**
**ANNA FRUSHOUR**

# STATE OF MICHIGAN
# ATTORNEY DISCIPLINE BOARD

**MARK A. ARMITAGE**
*EXECUTIVE DIRECTOR*

**WENDY A. NEELEY**
*DEPUTY DIRECTOR*

**KAREN M. DALEY**
*ASSOCIATE COUNSEL*

**SHERRY L. MIFSUD**
*OFFICE ADMINISTRATOR*

**ALLYSON M. PLOURDE**
*CASE MANAGER*

**OWEN R. MONTGOMERY**
*CASE MANAGER*

**JULIE M. LOISELLE**
*RECEPTIONIST/SECRETARY*



211 WEST FORT STREET, SUITE 1410
DETROIT, MICHIGAN 48226-3236
PHONE: 313-963-5553 | FAX: 313-963-5571

www.adbmich.org

## NOTICE OF AUTOMATIC INTERIM SUSPENSION

Case No. 18-120-AI

**Notice Issued: November 1, 2018**

Daniel C. Flint, P 73983, Southfield, Michigan.

Effective October 19, 2018.

On October 19, 2018, respondent was convicted by a jury of entering an aircraft or airport area in violation of security requirements with intent to evade security procedures and restrictions, a felony, in violation of 49 U.S. Code § 46314(a), (b)(2), in the matter titled *United States of America v Daniel Flint*, US District Court, Central District of California, Western Division, Case No. CR 17-697-SJO. In accordance with MCR 9.120(B)(1), respondent's license to practice law in Michigan was automatically suspended on the date of his felony conviction.

Upon the filing of a certified judgment of conviction, this matter will be assigned to a hearing panel for further proceedings. The interim suspension will remain in effect until the effective date of an order filed by a hearing panel.

Wendy A. Neeley
Deputy Director