# Associates Asset Recovery Llc

PO Box 12470  
Florence, SC 29504  
**Phone:** 8436649911 **Fax:** 8434689028

**Release Request**

08/13/2018  
Case # 2063467057  
Reference # 205178  
Acct # 22126207

**Client**  
UNITED RECOVERY & REMARKETING  
2399 Chriswood st  
Memphis, TN 38134  
**Phone:** 800-238-5889 **Fax:** 901-365-5893

**Lien Holder:** Ally Financial

**Debtor**  
DANIEL C FLINT

**Vehicle**  
2013 Chevrolet Camaro  
VIN: 2G1FT1EW7D9135131

In sole consideration of the delivery to me of the above described vehicle and personal property, I agree that I have carefully examined the above described vehicle and made sure that there is no damage, other than any pre-existing damage marked and accounted for on the vehicle condition report. I further agree that I have examined all personal belongings that were left in the above vehicle and that everything is accounted for and has no damage.

By signing this Release, I fully understand the above statements and do agree to Release and Hold Harmless Associates Asset Recovery Llc and Ally Financial and or its Agents from all claims, demands and or actions, which I or my Representatives do have or may have against Associates Asset Recovery Llc, Ally Financial and/or its Agents or Employees, prior to this date.

X _____  
**DANIEL FLINT**  
**(SIGNATURE)**

8.13.18  
Date

X _____  
**DANIEL FLINT**  
**(PRINT)**

| | | | |
|---|---|---|---|
| Assignment: 22109386 | Redemption | Report Date: | 08/13/2018 08:48:22 |
| | | Completed By: | |

**Recovery Company**

UAR Nationwide (NW)
311 Moore Ln

Collierville, TN 38017-2771
Phone (901) 302-4819
Fax (901) 365-5846

**Client**

Ally Financial

**Debtor**

C FLINT, DANIEL
1750 Camden Rd Apt 159

Charlotte, NC 28203

**Form Complete:**
VIN: 2G1FT1EW7D9135131
Year: 2013
Make: CHEVROLET
Model: Camaro

Acct.: 045919613652

**Client Representative**

Co-X:
Legal Owner:

Legal Owner Acct. #:

Admin Fee $0.00
Property Fee $0.00
Storage Fee $0.00
Recovery Fee $0.00
Other Fee $0.00
Total Fees $0.00

Note: RELEASE UNIT TO CUSTOMER WITH PROPER ID. BILL URR FOR ALL FEES: REPO, $75 REDEMPTION AND $25 PERSONAL PROPERTY. EMAIL SIGNED RELEASE AND SIGNED PERSONAL PROPERTY TO POSTRELEASE@UADRINC.COM OR UPLOAD TO IREPO WITHIN 24 HOURS OF RELEASE.

Instructions:

Scheduled Redemption Date:

By signing or stamping below I state & acknowledge that I have examined the above described vehicle thoroughly and state that its condition is acceptable and in the same manner as when repossessed. I also release the recovery company from any liability in connection with retaking of the security. I also release the company from any responsibility or culpability for the condition and care of the security. Each party hereby releases the other and it's agents, employees and assignees from any and all claims, known or unknown, arising out of the repossession of the above-described vehicle and the seizure of personal effects.

Debtor: C FLINT, DANIEL
Signature: *[signed]*    Date and Time: 8-13-18 @ 2:02pm

Witness: Nikki Varoskey
Signature: *[signed]* N. Varosky    Date and Time: 8.13.18 @ 2:02pm

Other:
Signature:    Date and Time: