IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 3:19-cv-00189-FDW-DCK

| | |
|---|---|
| DANIEL C. FLINT, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ALLY FINANCIAL, INC., a Delaware Corporation, UAR NATIONAL SERVICES, LLC, a Tennessee Limited Liability Corporation, and ASSOCIATES ASSET RECOVERY, LLC a South Carolina Limited Liability Company, | ) **DEFENDANT UAR NATIONAL SERVICES, LLC'S RESPONSE TO DEFENDANT ALLY FINANCIAL, INC.'S RESPONSE IN OPPOSITION TO MOTION TO STRIKE CLASS ALLEGATIONS** |
| Defendants. | ) |

Defendant UAR National Services, LLC ("UAR") hereby responds to Defendant Ally Financial, Inc. ("Ally")'s Response in Opposition to Plaintiff's Motion to Strike (hereinafter, "Ally's Opposition to MTS"). [DE 33]. Plaintiff filed his Motion to Strike [DE 30] seeking to strike the defendants' motions to strike the class allegations of the First Amended Complaint (collectively, "Defendants' Motions"). [DE 18, DE 22, and DE 24]. UAR agrees with, joins, and incorporates by reference herein, Ally's Opposition to MTS and the exhibits attached thereto.

Specifically, and as discussed in further detail in Ally's Opposition to MTS, UAR agrees that only the final argument in Defendants' Motions is premised on Plaintiff being found guilty of a felony, thus the other primary arguments made in Defendants' Motions have nothing to do with Plaintiff's ongoing criminal case and do not "pervade" Defendants' Motions as stated in Plaintiff's Motion to Strike. Further, for reasons detailed in Ally's Opposition to MTS, if the Court is inclined to grant Plaintiff relief then Defendants' Motions should be stayed pending a ruling on Plaintiff's Petition in the criminal matter.

Accordingly, UAR respectfully requests the Court deny Plaintiff's Motion to Strike or, alternatively, enter an Order staying Defendants' Motions until a ruling is made on Plaintiff's Petition in the criminal matter.

## WORD COUNT CERTIFICATION

Pursuant to this Court's Initial Scheduling Order, the undersigned hereby certifies that the word count for this Response, not including the caption, signature block, and this certification, is 209 words.

Respectfully submitted this the ___ day of September, 2019.

        TEAGUE CAMPBELL DENNIS & GORHAM, LLP

        BY: */s/ C. Stipes*
            J. Matthew Little
            NC State Bar No.: 20032
            Christopher J. Stipes
            NC State Bar No.: 52534
            Post Office Box 19207
            Raleigh, North Carolina 27619
            Telephone: (919) 873-0166
            Facsimile: (919) 873-1814
            ***Attorneys for Defendant UAR National Services, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Chappell Flint
Law Offices of Daniel C. Flint, P.C.
525 N. Tryon, Suite 1600
 Charlotte, NC 28203

Keaton Charles Stoneking
Troutman Sanders LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202

Todd King
Cranfill Sumner & Hartzog
2907 Providence Road, #200
Charlotte, NC 28211

TEAGUE CAMPBELL DENNIS & GORHAM, LLP

BY: */s/ C. Stipes*
     Christopher J. Stipes