UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
WDNC Civil Action No. 3:19-cv-00189-FDW-DCK

| | |
|---|---|
| DANIEL C. FLINT, et. al., <br><br>              Plaintiff, <br><br>v. <br><br>ALLY FINANCIAL, INC., a Delaware Corporation, UAR NATIONAL SERVICES, LLC, a Tennessee Limited Liability Company, and ASSOCIATES ASSET RECOVERY, LLC, a South Carolina Limited Liability Company, Jointly and Severally, Directly and Vicariously, <br><br>              Defendants. | **DEFENDANT ASSOCIATES ASSET RECOVERY, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE CLASS ALLEGATIONS** |

NOW COMES Defendant Associates Asset Recovery, LLC ("AAR"), by and through the undersigned attorneys, pursuant to Local Civil Rule 7.1 of the United States District Court for the Western District of North Carolina, and hereby responds to Plaintiff's Motion to Strike. [DE 30] the defendants' motions to strike the class allegations of the First Amended Complaint. [DE 18, DE22, and DE24].

Defendant AAR concurs with, and incorporates herein by reference, the position and arguments set forth by Defendant Ally Financial, Inc. and Defendant UAR National Services, LLC, in their respective Responses to Plaintiff's Motion. [DE 33 and DE 37].

Accordingly, AAR respectfully requests that the Court deny Plaintiff's Motion to Strike or, alternatively, enter an Order staying Defendants' Motions until a ruling is made on Plaintiff's Petition in his criminal case, Case No. CR-17-00697-SJO.

## WORD COUNT CERTIFICATION

Pursuant to this Court's Initial Scheduling Order, the undersigned hereby certifies that thae word count for this Response, not including the caption, signature block, and this certification, is 134 words.

Respectfully submitted, this the 11th day of September, 2019.

CRANFILL SUMNER & HARTZOG, LLP


By:     s/ Todd A. King
        Todd A. King, NC Bar No. 28621
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300
        Facsimile (704) 332-9994
        Email: tak@cshlaw.com
        *Attorney for Defendant Associates Asset*
        *Recovery LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Defendant Associates Asset Recovery, LLC's Response to Plaintiff's Motion to Strike* with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record:

Daniel C. Flint
LAW OFFICES OF DANIEL C. FLINT, P.C.
525 N. Tryon St., Ste. 1600
Charlotte, NC 28203

Keaton Stoneking
TROUTMAN SANDERS LLP
301 S. College St., 34th Fl.
Charlotte, NC 28202

J. Matthew Little
TEAGUE CAMPBELL DENNIS & GORHAM, LLP
P.O. Box 19207
Raleigh, NC 27619-9207

This the 11th day of September, 2019.

CRANFILL SUMNER & HARTZOG, LLP

By: s/ Todd A. King
Todd A. King, NC Bar No. 28621
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
Email: tak@cshlaw.com
*Attorney for Defendant Associates Asset Recovery LLC*