IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIEL C. FLINT et.al., | : |
| | : No. 3:19-cv-00189-FDW-DCK |
| Plaintiff, | : |
| v. | : |
| ALLY FINANCIAL INC., et.al., | : |
| Defendants. | : |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
## ALLY FINANCIAL INC.'S MOTION TO STRIKE CLASS ALLEGATIONS

Defendant Ally Financial Inc. ("Ally"), by counsel, hereby submits this Notice of Supplemental Authority in Support of its Motion to Strike Class Allegations (Dkt. No. 18). As set forth in Ally's Motion, on October 19, 2018, Plaintiff Daniel C. Flint ("Plaintiff") was found guilty of felony violation of 49 U.S.C. §§ 46314(a), (b)(2) in the Central District of California. On September 16, 2019, the United States District Court for the Central District of California sentenced Plaintiff to a term of 14 months in the custody of the Bureau of Prisons. A copy of the Judgment is attached hereto as **Exhibit A**.

Dated: September 27, 2019

Respectfully submitted,

**ALLY FINANCIAL INC.**

By: */s/ Keaton C. Stoneking*
Keaton C. Stoneking
North Carolina Bar No. 53627
TROUTMAN SANDERS LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Tel: (704) 998-4088
E-mail: Keaton.stoneking@troutman.com
*Counsel for Defendant Ally Financial Inc.*