IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIEL C. FLINT et.al., | : |
| | : No. 3:19-cv-00189-FDW-DCK |
| Plaintiff, | : |
| v. | : |
| ALLY FINANCIAL INC., et.al., | : |
| Defendants. | : |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF**
**ALLY FINANCIAL INC.'S MOTION TO STRIKE CLASS ALLEGATIONS**

Defendant Ally Financial Inc. ("Ally"), by counsel, hereby submits this Notice of Supplemental Authority in Support of its Motion to Strike Class Allegations (Dkt. No. 18). As set forth in Ally's Motion, on October 19, 2018, Plaintiff Daniel C. Flint ("Plaintiff") was found guilty of felony violation of 49 U.S.C. §§ 46314(a), (b)(2) in the Central District of California. At the time Ally filed its Motion, Plaintiff was engaged in litigation against the North Carolina State Bar, following the State Bar's Motion for Interim Suspension of Plaintiff's law license, filed on March 1, 2019. On October 21, 2019, the Disciplinary Hearing Commission of the North Carolina State Bar issued an Amended Order of Interim Suspension, suspending Plaintiff's license to practice law in North Carolina "until the conclusion of all disciplinary matters pending before the North Carolina State Bar relating to Flint's guilty verdict for a serious crime showing professional unfitness." *See* Amended Order of Interim Suspension attached hereto as **Exhibit A**.

1

Dated:  November 1, 2019                                   Respectfully submitted,

                                              **ALLY FINANCIAL INC.**

                                              By: *s/ Keaton C. Stoneking*
                                              Keaton C. Stoneking
                                              North Carolina Bar No. 53627
                                              TROUTMAN SANDERS LLP
                                              301 S. College Street, 34th Floor
                                              Charlotte, NC 28202
                                              Tel:     (704) 998-4088
                                              E-mail: Keaton.stoneking@troutman.com
                                              *Counsel for Defendant Ally Financial Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies in addition to electronically filing the foregoing *Defendant Ally Financial Inc.'s Notice of Supplemental Authority*, on November 1, 2019, which causes a copy to be sent to all counsel of record, a true and correct copy was also served on Plaintiff by U.S. mail, at the address below.

Daniel C. Flint
MDC Los Angeles
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA 90053

                                                 *s/ Keaton C. Stoneking*
                                                 Keaton C. Stoneking

40497389