| NORTH CAROLINA | BEFORE THE |
| --- | --- |
| WAKE COUNTY | DISCIPLINARY HEARING COMMISSION OF THE NORTH CAROLINA STATE BAR 19 DHC 4 |

| THE NORTH CAROLINA STATE BAR, ) | |
| --- | --- |
| Petitioner ) | AMENDED ORDER |
| v. ) | OF |
| ) | INTERIM SUSPENSION |
| DANIEL CHAPPELL FLINT, Attorney, ) | |
| Respondent ) | |

This matter is before the undersigned Chair of the Disciplinary Hearing Commission pursuant to 27 N.C. Admin. Code Chapter 1, Subchapter B, Rule .0119(b) of the Discipline & Disability Rules of the North Carolina State Bar on the State Bar's petition for an order of interim suspension of the law license of Daniel Chappell Flint ("Flint"), based upon a jury's finding of guilt for a crime showing professional unfitness in the United States District Court for the District of California. Based upon the petition and the certified copy of Flint's jury verdict, Flint's Response to the Petition, and Petitioner's Reply thereto, the undersigned hereby makes the following

## FINDINGS OF FACT

1. Respondent, Daniel Chappell Flint, was licensed to practice law in North Carolina on February 26, 2016. As an active member of the North Carolina State Bar Flint is, and was at all times referred to herein, an attorney at law subject to the rules, regulations, and Rules of Professional Conduct of the North Carolina State Bar and the laws of North Carolina.

2. The current address of record for Flint with the North Carolina State Bar is 525 N. Tryon Street, Suite 1600, Charlotte, NC 28203.

3. On October 19, 2018 Flint was found guilty by a jury in the United States District Court, Central District of California to Count I of the indictment against him for Entering an Airport Area in Violation of Security Requirements in violation of Title 49, United States Code, Sections 46314(a) and (b)(2).

4. The criminal offense for which Flint was found guilty is a felony.

5. The criminal offense for which Flint was convicted concerns Flint entering a secured area of an airport carrying a pouch containing approximately $148,145.00 that had not been screened by the TSA, falsely claiming that it was a diplomatic courier pouch, and presenting documents purporting to support Flint's false claim of diplomatic status.

6. On September 16, 2019, Flint was sentenced to 14 months incarceration in the Bureau of Prisons.

7. A felony conviction and/or guilty verdict would tend to harm or potentially harm the administration of justice and would tend to impact the public's perception of the profession given that it is a lawyer's duty to uphold the law and the public's expectation that he or she will do so.

Based upon the foregoing findings of fact, the undersigned makes the following:

## CONCLUSIONS OF LAW

1. Pursuant to 27 N.C. Admin. Code 1B.0119(b), an attorney who pleads guilty to a criminal offense showing professional unfitness in any state or federal court may be suspended on an interim basis. The Chair of the DHC will determine whether the criminal offense is one showing professional unfitness and whether, in the Chair's discretion, interim suspension is warranted.

2. Pursuant to 27 N.C. Admin. Code 1B.0115(l)(4), any prehearing motion may be decided on the basis of the parties' written submissions.

3. As defined in 27 N.C. Admin. Code 1B.0103(17), a "criminal offense showing professional unfitness" occurs upon "the commission of . . . any felony . . . ."

4. Accordingly, there is a qualifying verdict for a criminal offense showing professional unfitness for which interim suspension can be imposed.

5. The criminal offense at issue, the facts established by Flint's guilty verdict, and the harm or potential harm to the administration of justice and to the public's perception of the profession, warrant suspension pending final disposition of all disciplinary matters arising out of and related to the verdict against Flint.

Based upon the foregoing Findings of Fact and Conclusions of Law, the undersigned Chair of the Disciplinary Hearing Commission hereby GRANTS Petitioner's petition for an Order of Interim Suspension and enters the following:

## ORDER

1. The license to practice law in North Carolina of Daniel Chappell Flint is hereby SUSPENDED until the conclusion of all disciplinary matters pending before the North Carolina State Bar relating to Flint's guilty verdict for a serious crime showing professional unfitness.

2. Flint shall comply with the provisions of 27 N.C. Admin. Code 1B.0128.

This the 21 day of October, 2019.

Donald C. Prentiss, Chair
Disciplinary Hearing Commission