IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 3:19-cv-00189-FDW-DCK

DANIEL C. FLINT,                                   )
                                                   )
            Plaintiff,                             )
                                                   )
vs.                                                )
                                                   )         **NOTICE OF VOLUNTARY**
ALLY FINANCIAL, INC.,                              )     **DISMISSAL WITHOUT PREJUDICE**
a Delaware Corporation,                            )
UAR NATIONAL SERVICES, LLC, a                      )
Tennessee Limited Liability Corporation, and       )
ASSOCIATES ASSET RECOVERY, LLC                     )
a South Carolina Limited Liability Company,         )
                                                   )
            Defendants.                            )

        Pursuant to Federal Rule of Civil Procedure 41(c)(2), Defendant UAR National Services,

LLC, by and through their counsel of record, hereby gives Notice of Voluntary Dismissal

without prejudice of its Cross-Claims against Defendant Associates Asset Recovery, LLC.

        Respectfully submitted this the 18th day of February, 2020.

                                    **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

                                    By: */s/ C. Stipes*
                                          J. Matthew Little
                                          NC State Bar No.:  20032
                                          Christopher J. Stipes
                                          NC State Bar No.: 52534
                                          Post Office Box 19207
                                          Raleigh, North Carolina 27619
                                          Telephone:     (919) 873-0166
                                          Facsimile:      (919) 873-1814
                                          ***Attorneys for Defendant UAR National Services,***
                                          ***LLC***

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on February 18, 2020 a copy of the foregoing document has been served on the Plaintiff in this case by depositing a copy hereof, postage paid via U.S. mail. The remaining parties are being served electronically-filed in compliance with the Federal Rules of Civil Procedure and Local Civil Rules and served upon the parties as follows:

Daniel Chappell Flint
Inmate # 66106-112
FCI Bennettsville
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC 29512

Keaton Charles Stoneking
Troutman Sanders LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202

Todd King
Cranfill Sumner & Hartzog
2907 Providence Road, #200
Charlotte, NC 28211

        TEAGUE CAMPBELL DENNIS & GORHAM, LLP

        By:    */s/ Christopher J. Stipes*
               Christopher J. Stipes