# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Daniel C. Flint, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00189-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| UAR National Services, LLC | ) | |
| Ally Financial Inc. | | |
| Associates Asset Recovery, LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2020 Order.

March 27, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court